# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-247** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ALLEN ROBERTS, JR.** | : | |

## **ORDER**

AND NOW, this 26th day of October, 2011, upon consideration of the correspondence (Doc. 170) from *pro se* defendant Allen Roberts, Jr. ("Roberts") requesting various documents from the court, including, a copy of the docket sheet in the above-captioned matter, a copy of docket entry 150, a copy of a "speedy trial worksheet" and a "computation sheet of excludable(s) started and stopped" (id. at 1), and a copy of a civil docket sheet for case number 1:11-CV-01635, and wherein Roberts states that his correspondences to the court have been unacknowledged and that his requests are going unanswered or neglected, and the court noting that it is not the court's or the clerk's office's role to inform Roberts of the court's receipt of his correspondences and explain every docket entry or the procedures followed by the court and the clerk's office staff, nor is the court responsible for tracking Roberts' speedy trial rights time, and the court finding that Roberts and the government bear the burden of calculating and tracking speedy trial rights time in accordance with the Speedy Trial Act, 18 U.S.C. § 3161, and the court concluding that Roberts' questions are best directed to his stand-by counsel, Jason Duncan, Esquire, it is hereby ORDERED that:

1. The Clerk of Court is directed to mail a copy of the docket sheet in the above-captioned matter, and a copy of docket entry 150 to Roberts.[1]

2. Neither the court nor the clerk's office will respond to future requests for acknowledgment of documents, nor provide explanations of routine court procedures.

      S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge

---

[1] The court cannot provide Roberts with a docket sheet for civil case 1:11-CV-1635, because no such civil case exists. The motions entitled "Petition for Writ of Habeas Corpus" (Docs. 126, 127) were docketed on the criminal docket sheet in the above-captioned matter and disposed of by the court by Order dated October 5, 2011. (Doc. 150).